# UNITED STATES BANKRUPTCY COURT

## Eastern District of Michigan (Flint)

In re  Christine Johnson
    Debtor

Case No.  11-34166

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Americas Servicing

**Court claim no.**  (if known): 5

**Last four digits** of any number you use to identify the debtor's account:  0106

**Date of payment change:**
Must be at least 21 days after date of this notice — 03/01/2012

**New total payment:**
Principal, Interest, and escrow, if any — $598.46

---

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes.   Attach a copy of the escrow account statement prepared  in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____  New escrow payment: _____

---

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No

☑ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate:  9.55%  New interest rate:  9.55%

Current principal and interest payment: $453.84  New principal and interest payment:  $453.84

---

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____  New mortgage payment: _____

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.          ☐ I am the creditor's authorized agent.
                                   (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Alexis Moss                                    Date   04/04/2012

Print:    Alexis Moss                                 Title   Ms

Company   America's Servicing Co.                    Specific Contact Information:
Address   MAC X7801-014                              P: 800-662-3806
          3476 Stateview Blvd.                       E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

# CERTIFICATE OF SERVICE

I hereby certify that on April 04, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Christine Johnson
3605 Robin Street
Flint, MI 48505-4208

Debtor's Attorney:

Jesse R. Sweeney
29777 Telegraph Rd.
Suite 2500
Southfield, MI 48034

Trustee:

Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502

/s/ Bill Taylor
_____

Authorized Agent

0-fbe144ab-01af-42d2-977c-feda6ccab19f



December 21, 2011

Christine Johnson
3605 Robin St
Flint          MI 48505

Dear Christine Johnson :
RE: Loan Number: XXXXXXXXX, Client 106

This notice is to inform you of upcoming changes to your adjustable rate
mortgage loan interest rate and payment. The interest rate change date
for your loan is February 01, 2012, with a new payment effective date of
March 01, 2012. The next adjustment will occur in 6 months.

The principal and interest installment due on your loan will be adjusted
from $ 453.84 to $ 453.84. This amount was calculated based on a
remaining loan term of 288 months and a principal balance of
$ 51,211.26, which is the expected balance outstanding as of the payment
change date. The new total payment (including escrow, if applicable)
due on March 01, 2012 is $ 598.46.

The index value used to determine the interest rate has changed from
0.39500% to 0.78300%. The current index value was published on 12-16-11.
This is the selected index value for the index known as
"6 MONTH LIBOR PUBLISHED IN THE WALL STREET JOURNAL".
Effective with your March 01, 2012 payment, your interest rate
will be adjusted from 9.55000% to 9.55000%. This rate is the sum
of 7.75000% (the margin) and the current index. This total may be
different due to rounding and limitations (caps and floors) as specified
in your Note.

If you have questions regarding this notice please contact our
Customer Service Department at (800)842-7654, between the hours of
Mon - Fri 8am-6pm In Your Time Zone.

AR001-026/CPI
**EOL**